UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-CR-20839-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KIRBY ARCHER AND
GUILLERMO ZARABOZO,
    Defendants.
_____/

## ORDER DENYING DEFENDANT GUILLERMO ZARABOZO'S MOTION TO SUPPRESS PHYSICAL EVIDENCE SEIZED FROM GUILLERMO ZARABOZO'S BEDROOM

THIS MATTER came before the Court by virtue of the Defendant Guillermo Zarabozo's Motion to Suppress Physical Evidence Seized from Guillermo Zarabozo's Bedroom (D.E. #114) filed on April 25, 2008. After careful review of the Defendant's Motion, the Government's Response (D.E. 144) filed on May 6, 2008, and conducted a hearing on Defendant's Motion on May 22, 2008, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion to Suppress Physical Evidence Seized from Guillermo Zarabozo's Bedroom is DENIED for the reasons set forth in the evidentiary hearing held on May 22, 2008.

DONE AND ORDERED in chambers in Miami, Florida this 28 day of May, 2008.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record