UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-20839-CR-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GUILLERMO A. ZARABOZO,
    Defendant.
_____/

## ORDER

PURSUANT to the ruling of this Court at July 25, 2008 continued Status Conference, it is hereby

ORDERED that this case be RESCHEDULED commencing **Monday, September 15, 2008** before the undersigned for a Criminal Jury Trial. It is further ORDERED that Counsel shall maintain the confidentiality of any information they learn in the Course of reviewing any prospective juror's questionnaire and that all questionnaires received by counsel for consideration of prospective panel members, shall be RETURNED immediately upon conclusion of the selection and swearing-in process of said panel members trying the issues of this case.

DONE AND ORDERED in chambers in Miami, Florida this 25 day of July, 2008..

                                          PAUL C. HUCK
                                          U.S. DISTRICT COURT JUDGE

cc: All counsel of record