UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-20839-CR-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GUILLERMO ZARABOZO,
    Defendant.
_____/

## ORDER GRANTING DEFENDANT, GUILLERMO ZARABOZO'S MOTION FOR GOVERNMENT'S RULE 16(a)(1)(G) EXPERT WITNESS DISCLOSURE

THE MATTER came before the Court by virtue of the Defendant, Guillermo Zarabozo's Motion for Government's Rule 16(a)(1)(G) Expert Witness Disclosure (D.E. #138) filed on May 5, 2008. After careful review of the Motion, and conducting a hearing on this matter on July 24-25, 2008, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. Thus, the U.S. Government shall disclose to defense counsel a written summary of the testimony the government intends to use under Federal Rules of Evidence 702, 703, or 705 during its case-in-chief at trial and witnesses' opinions, the bases and reasons, and the witnesses' qualifications.

DONE AND ORDERED in chambers in Miami, Florida this 28 day of July, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record