UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-CR-20839-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GUILLERMO ZARABOZO
    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT, GUILLERMO ZARABOZO'S MOTION REGARDING THE JURY SELECTION PROCEDURES

THIS MATTER came before the Court by virtue of the Defendant, Guillermo Zarabozo's Motion Regarding the Jury Selection Procedures (D.E. #119) filed on April 29, 2008. After careful review of the Motion, and conducting a hearing on the matter on July 24-25, 2008, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED IN PART AND DENIED IN PART. Defendant's Motion is granted to the extent that the parties and the Court have agreed upon the procedure for and content of a jury questionnaire. The remainder of the jury selection procedures will be determined as this case progresses.

DONE AND ORDERED in chambers in Miami, Florida this 2 7 day of July, 2008.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record