UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-CR-20839-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GUILLERMO ZARABOZO
    Defendant.
_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO SUPPRESS OUT-OF-COURT IDENTIFICATION TESTIMONY OF LAWRENCE SMITH

THIS MATTER came before the Court by virtue of the Defendant's Motion to Suppress Out-Of-Court and In-Court Identification Testimony of Lawrence Smith (D.E. #113) filed on April 25, 2008. After careful review of the Motion, Government's Response (D.E. #151), and conducting a hearing on this matter on July 30, 2008, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is DENIED AS MOOT. The Government has indicated that it does not intend to use the Out-of-Court- and In-Court testimony of Lawrence Smith.

DONE AND ORDERED in chambers in Miami, Florida this 31st day of July, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT

cc: All counsel of record