UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-CR-20839-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GUILLERMO ZARABOZO
    Defendant.
_____/

## ORDER GRANTING IN PART DEFENDANT'S MOTION TO SUPPRESS TESTIMONY OF JAILHOUSE INFORMANTS HALL AND NOEL

THIS MATTER came before the Court by virtue of the Defendant's Motion to Suppress Testimony of Jailhouse Informants Hall and Noel (D.E. #104) filed on April 23, 2008. After careful review of the Defendant's Motion, Government's Response (D.E. #115), Defendant's Reply (D.E. #120), Government's Sur-Reply (D.E. 140), Government's Supplement to Response (D.E. #181), Defendant's Post-Hearing Memorandum (D.E. #206), and conducting a hearing on this matter on May 16, 2008, and July 30, 2008, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is Granted in Part. The Court finds that the Defendant's Sixth Amendment Right have been violated for the reasons set forth in the May 16, 2008, and July 30, 2008 hearings. Thus, the U.S. Government is precluded from using in its case-in-chief statements made by Defendant, Guillermo Zarabozo to Antwan Hall and Daniel Noel. However, if Defendant, Guillermo Zarabozo testifies at trial, the U.S. Government may use the aforementioned statements to impeach Defendant's testimony. *See Michigan v. Harvey*, 494 U.S. 344 (1990).

Furthermore, the Court adopts the findings of facts and conclusions of law in the May 16, 2008 and July 30, 2008 hearings.

DONE AND ORDERED in chambers in Miami, Florida this 31st day of July, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record