UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-CR-20839-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

GUILLERMO ZARABOZO,
    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION IN *LIMINE* TO PRECLUDE ADMISSION OF CO-DEFENDANT ARCHER'S STATEMENT TO COAST GUARD AND F.B.I.

THIS MATTER came before the Court upon the Defendant's Motion in *Limine* to Preclude Admission of Co-Defendant Archer's Statements to Coast Guard and F.B.I. (D.E. #166) filed on May 23, 2008. After careful review of the Defendant's Motion, the Government's Response (D.E. #184), Defendant's Supplemental Memorandum of Law (D.E. #243), Government's Supplement to Response (D.E. #242), Defendant's Memorandum of Law Regarding Co-Conspirator Statements (D.E. #286), Government's Notice Re Co-Conspirator Statements (D.E. #284), and conducting hearings on the matter on September 2, 2008 and September 9, 2008, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion in *Limine* to Preclude Admission of Co-Defendant Archer's Statement to Coast Guard and F.B.I. is GRANTED IN PART AND DENIED IN PART in accordance with the Court's rulings at the hearings held on September 2, 2008 and September 9, 2008. The Court adopts is findings of facts and conclusions of law announced the hearings.

DONE AND ORDERED in chambers in Miami, Florida this 11th day of September, 2008.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record