UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-20839-CR-PCH

UNITED STATES OF AMERICA,
  Plaintiff,

v.

GUILLERMO ZARABOZO,
  Defendant.
_____/

## ORDER GRANTING DEFENDANT'S *ORE TENUS* MOTION TO ALLOW DEFENSE COUNSEL TO BRING HANDCUFFS AND BULLET-PROOF VEST INTO COURTHOUSE

THIS MATTER came before the Court by virtue of the Defendant's *Ore Tenus* Motion to Allow Defense Counsel to Bring Handcuffs and a Bullet-Proof Vest into the Courthouse. After careful review of the motion, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion is GRANTED. The U.S. Marshal shall allow defense counsel to bring into the U.S. District Courthouse, Wilkie D. Ferguson Building located at 400 N. Miami Avenue, Miami, Florida 33128, handcuffs and a bullet-proof vest.

DONE AND ORDERED in chambers in Miami, Florida this 22 day of September, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Marshal